IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD DIAZ

v.   NO. 12-3429

NCO FINANCIAL SYSTEMS, INC.

FILED
OCT 26 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE RUFE, J.

AND NOW, to wit, this 26th day of October, 2012, in accordance with NCO FINANCIAL SYSTEMS, INC'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68,

It is ORDERED that judgment is entered in favor of plaintiff RICHARD DIAZ and against defendant NCO FINANCIAL SYSTEMS, INC. in the amount of $1,000.00 together with interest and costs.

BY THE COURT:

ATTEST:

*Richard Sabol*
Richard Sabol, Deputy Clerk

judg